UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY CHIECKO,<br>    PLAINTIFF | : | CIVIL ACTION NO.<br>3:14CV01473 (RNC) |
| v. | : | |
| WINDSOR MARKETING GROUP, INC.,<br>D/B/A WINDSOR MARKETING GROUP &<br>KEVIN ARMATA,<br>    DEFENDANTS | : | MARCH 18, 2015 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Mary Chiecko, and the Defendants, Windsor Marketing Group, Inc. d/b/a Windsor Marketing Group and Kevin Armata, knowingly and voluntarily stipulate that the above-captioned Complaint may be dismissed with prejudice and without costs to either party.

| | |
|---|---|
| PLAINTIFF,<br>MARY CHIECKO | DEFENDANTS,<br>WINDSOR MARKETING GROUP, INC. &<br>KEVIN ARMATA |
| By:           /s/<br>    Daniel J. O'Connell, ct25853<br>    Sarah A. Ornelas, ct27825<br>    O'Connell & Plumb, P.C.<br>    75 Market Place<br>    Springfield, MA 01103<br>    Tel: (413) 733-9111<br>    Fax: (413) 733-9888<br>    Email: sornelas@ocpllaw.com<br>    Her Attorneys | By:           /s/<br>    Joseph W. McQuade, ct12121<br>    Kainen, Escalera & McHale, P.C.<br>    21 Oak Street, Suite 601<br>    Hartford, CT 06106<br>    Tel: (860) 493-0870<br>    Fax: (860) 493-0871<br>    E-mail: jmcquade@kemlaw.com<br>    Their Attorney |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18TH day of March 2015, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Joseph W. McQuade, ct12121

66218